UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNIVERSAL SETTLEMENTS,
INTERNATIONAL, INC., a Canadian
corporation,

      Plaintiff,

v.

NATIONAL VIATICAL, INC., JAMES
TORCHIA, and MARC A. CELELLO,

      Defendants.
_____/

File No. 1:07-CV-1243

HON. ROBERT HOLMES BELL

## O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiff Universal Settlements International, Inc.'s ("USI") objections to the Magistrate Judge's September 18, 2008, Report and Recommendation (Dkt. No. 149) are **DENIED**.

**IT IS FURTHER ORDERED** that the Magistrate Judge's September 18, 2008 Report and Recommendation (Dkt. No. 137) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for preliminary injunction (Dkt. No. 2) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss Plaintiff's motion for preliminary injunction (Dkt. No. 45) is **GRANTED**.

Dated: March 2, 2009              /s/ Robert Holmes Bell
                                          ROBERT HOLMES BELL
                                          UNITED STATES DISTRICT JUDGE